

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00250-CV

**IN THE INTEREST OF C.A.L.B., A CHILD**,

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-03-0129-CVW
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. Appellee's brief was originally due on July 17, 2017. On July 18, 2017, the State filed its first request asking for a fourteen-day extension of time in which to file its brief.

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal has been pending since the notice of appeal was filed in the trial court on April 13, 2017. The request is GRANTED; however, no further extensions of time will be granted. Appellee is hereby ORDERED to file its brief <u>no later than July 31, 2017</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk